# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KOZAK WOLFGANG ESCOE,

    Plaintiff,                      Case No. 23-12012
                                         Hon. Jonathan J.C. Grey
v.                                  Magistrate Judge Curtis Ivy, Jr.

JAMES PETERSON, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 26)

Pro se plaintiff Kozak Wolfgang Escoe filed this 42 U.S.C. § 1983 lawsuit against defendants, alleging that they violated his constitutional rights when they caused him to slip and fall and suffer a 3-4 inch cut on his left arm, requiring stitches. This matter comes before the Court on Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation dated July 15, 2024. (ECF No. 26.) In the Report and Recommendation, Judge Ivy recommends that the Court dismiss Escoe's cause of action due to Escoe's repeated failure to respond to or comply with the Court's orders. (ECF No. 26.) As evidenced by multiple mailings being returned to the Court as undeliverable, Escoe has failed to update his address with the

Court, as required. (*See* ECF No. 3.) Escoe also has failed to respond to: (1) defendants' motion to dismiss and for summary judgment, as ordered by the Court (*see* ECF No. 21), and (2) multiple orders to show cause issued by Judge Ivy. (*See* ECF Nos. 22, 24). In the Report and Recommendation, Judge Ivy further recommends that defendants' motion to dismiss and for summary judgment be denied as moot. (ECF No. 26) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated July 15, 2024 (ECF No. 26) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss and for summary judgment (ECF No. 20) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: August 13, 2024

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 13, 2024.

s/ S. Osorio
Sandra Osorio
Case Manager